# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| JOHNNY AZZO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 4:07-cv-02106-JEO |
| | ) | |
| SCOTT HASSELL, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

The petitioner, Johnny Azzo, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He seeks release pending his repatriation to Lebanon.

On December 4, 2007, a pleading that had been sent to the petitioner was returned to the court. The item included a notation that the petitioner had been released from the Etowah County Jail. The court has been further informed by the United States Marshal that the petitioner was transferred from the Etowah County Jail on November 20, 2007, to an INS facility in Atlanta, Georgia. Thereafter, he was released from custody.

Accordingly, this action is due to be dismissed because it is moot. An appropriate order will be entered.

**DONE** this 17th day of December, 2007.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE